# BARCLAY DAMON LLP

**Kevin D. Szczepanski**
*Partner*

May 14, 2025

**VIA CM/ECF**

Hon. Michael J. Roemer
United States Magistrate Judge | Western District of New York
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202

      Re:    *Carl McIntosh v. Jane Eugene et al.*
              Case No. 1:22-cv-248

Dear Magistrate Judge Roemer:

      Barclay Damon LLP represents the plaintiff in this case. On May 7, 2025, we received the Court's Text Order setting down a status conference for May 21, 2025, at 2:00pm. I am lead counsel for the plaintiff, and unfortunately, I have a conflict on that date, during which I will be out of town.

      I have attempted to secure a replacement for that date but have been unsuccessful. I therefore respectfully request that the conference be adjourned to May 28, 2025, or as soon afterwards as possible.

      Separately, I have just been told of a development involving our client that could affect the case. I do not have any details now, but I am investigating and will report back to the Court as soon as possible.

      I appreciate the Court's consideration of my request for an adjournment of the May 21 conference.

                                                      Respectfully yours,

                                                      *Kevin D. Szczepanski*

                                                      Kevin D. Szczepanski

cc:     All counsel of record via CM/ECF

The Avant Building - 200 Delaware Avenue Suite 1200 - Buffalo, New York 14202  barclaydamon.com
KSzczepanski@barclaydamon.com  Direct: (716) 858-3834  Fax: (716) 566-4033

31360605.1